February 10, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

THOMAS ANDREWS EVANS II, Appellant

NO. 14-13-00642-CR              V.

THE STATE OF TEXAS, Appellee

_____

       This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment **REVERSED** and **REMANDED** for further proceedings in accordance with its opinion.

       We order THE STATE OF TEXAS to pay all costs incurred in this appeal.

       We further order this decision certified below for observance.